# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL INTERNSHIP )
PROGRAMS, )
                              )
                              )
         **Plaintiff,** )
                              ) **Civil Case No. 10-1234 (RJL)**
         **v.** )
                              )
**JANET NAPOLITANO,** *et al.,* )
                              )
         **Defendants.** )

## ORDER
### (March 28, 2012)

For the reasons set forth in the Memorandum Opinion entered this 28 day of March 2012, it is hereby

**ORDERED** that defendants' Partial Motion to Dismiss and Partial Motion for Summary Judgment [Dkt. #33] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. #37] is **DENIED**; and it is further

**ORDERED** that Counts I through IV in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed with prejudice for lack of subject-matter jurisdiction; it is further

**ORDERED** that Counts V and VI in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed without prejudice for failure to state a claim for relief.

**SO ORDERED.**

                                         RICHARD J. LEON
                                         United States District Judge